IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **FERLANDO DORSEY,** | : | |
| Plaintiff, | : | |
| v. | : | Case No. 5:23-cv-00089-TES-CHW |
| **Warden LAWRENCE WHITTINGTON,** | : | |
| Defendant. | : | Proceedings Under 42 U.S.C. § 1983 Before the U.S. Magistrate Judge |

## ORDER

Upon reviewing the case docket, Defendant Whittington has not been served. Service of process was issued and mailed to him in early June 2023. (Docs. 10, 11). The unexecuted service paperwork was returned and docketed in the case on July 28, 2023. (Doc. 12). The Court **DIRECTS** the Clerk of Court to issue a summons for <u>personal service</u> for Defendant Whittington.

**SO ORDERED**, this 10th day of August, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge